

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00580-CV

**IN RE** Raymond A**.** BRUNI

Original Mandamus Proceeding[1]

**ORDER**

The court has considered relator's mandamus petition and determined relator is not entitled to the relief requested. Therefore, relator's mandamus petition is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on January 27, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-25943, styled *In the Matter of the Marriage of Alicia G. Bruni and Raymond A. Bruni*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.